VIRGINIA RIGGIO *v.* ORKIN EXTERMINATING
COMPANY, INC.

*Linda L. Morkan,* in support of the petition.

*Timothy J. Fitzgerald,* in opposition.

Decided September 27, 2000

PAUL J. YAMIN *v.* SAVARESE AND SCHEFILITI, P.C.

SULLIVAN and VERTEFEUILLE, Js., did not partici-
pate in the consideration or decision of this petition.

*Michael S. Taylor,* in support of the petition.

Decided September 27, 2000

STATE OF CONNECTICUT *v.* KAREEM LEWIS

*Matthew T. Gilbride,* special public defender, in sup-
port of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney,
in opposition.

Decided September 27, 2000